**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Florentino MARTINEZ–RIOS,**
**Defendant–Appellant.**

**No. 05–51486**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Florentino Martinez–Rios raises ar-

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

18

guments that are foreclosed by *United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir.2001), which rejected a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

